# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
March 9, 2010

Charles R. Fulbruge III
Clerk

No. 09-70010

TIMOTHY WAYNE ADAMS,

Petitioner - Appellant

v.

RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

Respondent - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CV-1216

Before HIGGINBOTHAM, OWEN, and ELROD, Circuit Judges.

PER CURIAM:[*]

After reviewing the record, we conclude that Adams has failed to make a substantial showing of the denial of a constitutional right, and – for essentially the reasons stated by the district court – we DENY his request for a certificate of appealability (COA) on all issues raised therein.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.